FILED

03/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0019





## IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 20-0019

**FILED**

MAR 0 6 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

KRISTINE DAVENPORT,

Plaintiff and Appellant,

v.

COUNTY OF LINCOLN, a political
subdivision of the State of Montana;
SHERIFF OF COUNTY OF LINCOLN,
State of Montana, and ROBY BOWE,

Defendants and Appellees.

**GRANT OF EXTENSION**

Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until April 13, 2020, to prepare, file, and serve the opening brief.

DATED this March 6, 2020

Bowen Greenwood
Clerk of the Supreme Court

c:     Kristine Davenport, Gregory L. Bonilla